**JUDGE SCHEINDLIN**

'08 CIV 6532

398-08/MEU/PLS

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
IHC (UK) LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IHC (UK) LTD.,

                Plaintiff,

    -against-

LMJ INTERNATIONAL LTD.
                Defendant.
-----------------------------------------------------------x

08 CV _____ ( )

**RULE 7.1 STATEMENT**

    The Plaintiff, IHC (UK) LTD. by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       July 21, 2008, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              IHC (UK) LTD

By: _____
     Michael E. Unger (MU 0045)
     Pamela L. Schultz (PS 8675)
     80 Pine Street
     New York, NY 10005
     Telephone: (212) 425-1900
     Fax: (212) 425-1901

NYDOCS1/309069.1